UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 2:21-cr-15

v.

HON. ROBERT J. JONKER

ALISSA JUSTINE THOMAS,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings, **IT IS ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 27) is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in the Indictment.

3. The written plea agreement is hereby continued under advisement pending sentencing.

4. Defendant shall remain on bond pending sentencing on December 13, 2021.

Dated:   September 24, 2021          /s/ Robert J. Jonker
                                                                              ROBERT J. JONKER
                                                                              CHIEF UNITED STATES DISTRICT JUDGE